# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS WILLIAM THOMAS (2),<br><br>Defendant. | Case No.: 17-CR-2009-CAB<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed without prejudice as to Defendant Travis William Thomas, only.

IT IS SO ORDERED.

DATED: November 3, 2017

HONORABLE CATHY ANN BENCIVENGO
United States District Judge